HIRAM V. BAYLIS, APPELLANT, v. HENRY G. SCUDDER
AND OTHERS, RESPONDENTS.

*Injunction — damages on bond given on obtaining.*

The plaintiff brought this action against the defendants, individually, to restrain them from laying out a highway in the town of Huntington, as commissioners appointed under chapter 344 of 1870, and procured a temporary injunction therein, which was subsequently dissolved. The defendant claimed, as damages sustained by reason of the injunction, the amount paid to the counsel appearing for them, on the motion to dissolve the injunction. The plaintiff claimed that they were sued, as individuals, and that as such they had sustained no damages, the counsel fees being paid from the proceeds of bonds sold by them as commissioners. *Held,* that as the defendants had no authority to apply the proceeds of the bonds to the payment of counsel fees, such payment must be considered as a private one, and that they were entitled to recover therefor.

APPEAL from an order confirming the report of a referee, appointed to compute the amount of damages sustained by the defendants, upon a temporary injunction, granted in this action.

*J. Lawrence Smith,* for appellant. *Henry C. Platt,* for respondents.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order affirmed, with costs and disbursements.